IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| REYNALDO RODRIGUEZ-RODRIGUEZ ZENAIDA VEGA-SANTIAGO and their conjugal partnership; RADAMES SANTIAGO-LOPEZ and ANGEL O. VELEZ-PACHECO<br><br>Plaintiffs<br><br>vs<br><br>MIGUEL GABRIEL ORTIZ-VELEZ, in his personal capacity and in his official capacity as Mayor of the Municipality of Sabana Grande; MUNICIPALITY OF SABANA GRANDE, REPRESENTED BY ITS MAYOR; LUIS BAEZ, SABANA GRANDE POLICE COMMISSIONER KATIA MEDINA-PEDRAZA OSVALDO OCASIO-RODRIGUEZ, in their personal capacity and in their official capacity, and as employees, officers or contractual representatives of the Municipality of Sabana Grande represented by its Mayor MIGUEL GABRIEL ORTIZ-VELEZ<br>and persons X, Z and Z, one of them known as Janet, others unknown all conspirators in violation of plaintiffs Reynaldo Rodríguez-Rodríguez, Radamés Santiago-López and Angel L. Vélez-Pacheco's constitutionally protected rights<br><br>Defendants | CIVIL 01-1267CCC |

# O R D E R

Having considered the Motion in Limine Regarding Plaintiffs' Proposed Exhibits filed by defendants on March 17, 2003 (**docket entry 65**), but denied without prejudice (docket entry 100) and reinstated by the Court on June 16, 2005 (see docket entry 107 and its corresponding endorsed Order), and plaintiffs' opposition filed on March 26, 2003 (**docket entry 78**), the same is GRANTED as to the following proposed exhibits:

- the 18 newspaper articles listed at pages 37-39 of the Joint Pretrial Order Memorandum (docket entry 60) narrating versions of the November 2, 2000 incident, as these are hearsay;

- the following documents: Criminal charges: El Pueblo de Puerto Rico vs. Reynaldo Rodríguez and its appeal, Incident Report Eddie Rivera-Pérez, Incident Report Reynaldo

Rodríguez-Rodríguez, Transcript of probable cause hearing, Audio tape recordings of the criminal jury trial case against plaintiff Reynaldo Rodríguez in Mayagüez Superior Court, Four (4) police reports by Sargent Figueroa about incidents that happened three (3) before and one (1) after the principal incident of this case, Police reports by Lieutenant Pedro J. Lamboy about incidents that happened before the principal incident of this case, as these are irrelevant since they would only serve to collaterally attack the criminal prosecution of plaintiff Rodríguez.

- the medical records of plaintiff Reynaldo Rodríguez prepared by William Silva Cherena and María Ramírez, since these two doctors have already been excluded as trial witnesses.  See Order dated May 30, 2003 (docket entry 89).

- all the photos listed by plaintiffs which were not produced to defendants as part of the discovery.  The five (5) photos produced to defendants during discovery will be allowed subject to their authentication during trial.

- the video by Sigfredo Morales, as plaintiffs informed in the proffer of Mr. Morales filed on April 8, 2005 (docket entry 106), at p. 5, that "the video tape was destroyed."

- the political propaganda material, identified as: Audio tape recordings of speeches by the Mayor of Sabana Grande accusing and attacking NPP's, Audio tape recordings of 14 radio programs of speeches by defendant Mayor of Sabana Grande attacking NPP's during the political campaign, and two sizes of rats or mice used by municipal employees or PPD activists in the year 2000 political campaign, since these proposed exhibits call for speculation and are irrelevant.

In other matters, since plaintiffs' Motion Presenting Proffer About Witnesses filed on April 8, 2005 (docket entry 106) did not include proffers for three witnesses previously

CIVIL 01-1267CCC                                      3

announced in the Joint Pretrial Order Memorandum (docket entry 60), as the Court had ordered on March 9, 2005 (docket entry 105), those three witnesses: **Raphael Rojas-Fernández, Julio Ortíz-Vélez and José Vélez-Cruz, are STRICKEN**.

SO ORDERED.

At San Juan, Puerto Rico, on July 18, 2005.

                                                        S/CARMEN CONSUELO CEREZO
                                                        United States District Judge