IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| REYNALDO RODRIGUEZ-RODRIGUEZ<br>ZENAIDA VEGA-SANTIAGO<br>and their conjugal partnership;<br>RADAMES SANTIAGO-LOPEZ and<br>ANGEL O. VELEZ-PACHECO<br><br>Plaintiffs<br><br>vs<br><br>MIGUEL GABRIEL ORTIZ-VELEZ, in his personal capacity and in his official capacity as Mayor of the Municipality of Sabana Grande; MUNICIPALITY OF SABANA GRANDE, REPRESENTED BY ITS MAYOR; LUIS BAEZ, SABANA GRANDE POLICE COMMISSIONER<br>KATIA MEDINA-PEDRAZA<br>OSVALDO OCASIO-RODRIGUEZ, in their personal capacity and in their official capacity, and as employees, officers or contractual representatives of the Municipality of Sabana Grande represented by its Mayor MIGUEL GABRIEL ORTIZ-VELEZ<br>and persons X, Z and Z, one of them known as Janet, others unknown all conspirators in violation of plaintiffs Reynaldo Rodríguez-Rodríguez, Radamés Santiago-López and Angel L. Vélez-Pacheco's constitutionally protected rights<br><br>Defendants | CIVIL 01-1267CCC |

# O R D E R

The Special Appearance to Request Disciplinary Sanctions upon Attorney Francisco González (**docket entry 140**) is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on September 27, 2006.

S/CARMEN CONSUELO CEREZO
United States District Judge